# United States Court of Appeals
## For the First Circuit

No. 10-1102

MARITZA VALLE-ARCE,

Plaintiff, Appellant,

v.

PUERTO RICO PORTS AUTHORITY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on July 8, 2011, is amended as follows.

On page 3, line 21, "time to" is deleted and replaced with "time, to".

On page 15, line 5, "Freadman, 484 F.3d at 106" is deleted and replaced with "Freadman v. Metro. Prop. & Cas. Ins. Co., 484 F.3d 91, 106 (1st Cir. 2007)".

On page 17, line 12, "Tobin, 433 F.3d at 104." is deleted and replaced with "Tobin v. Liberty Mut. Ins. Co., 433 F.3d 100, 104 (1st Cir. 2005)."